DECEMBER 17, 1991

No. A–442. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION *v.* HOLLAND. Application of the Attorney General of Texas for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

DECEMBER 18, 1991

No. 91–791. MCDERMOTT INC. *v.* SALYER, JUDGE, 130TH JUDICIAL DISTRICT COURT OF MATAGORDA COUNTY, TEXAS. Sup. Ct. Tex. Certiorari dismissed under this Court's Rule 46.

No. 91–542. WRIGHT, WARDEN, ET AL. *v.* WEST. C. A. 4th Cir. The order of December 16, 1991 [*ante*, p. 1012], granting the petition for writ of certiorari is amended as follows: Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the questions presented by the petition, the parties are requested to brief and argue the following question: "In determining whether to grant a petition for writ of habeas corpus by a person in custody pursuant to the judgment of a state court, should a federal court give deference to the state court's application of law to the specific facts of the petitioner's case or should it review the state court's determination *de novo?*" JUSTICE BLACKMUN and JUSTICE STEVENS dissent.